IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 10, 2007.**

    Plaintiff filed a Motion to Compel the Defendants to Submit to the Court and Plaintiff and Additional Copy of Exhibit 1 [Filed January 5, 2007; Docket #7] because Defendants mistakenly left one page out of their Notice of Removal. Defendants responded by admitting this mistake and submitting a complete copy of Exhibit 1. Accordingly, Plaintiff's Motion is **denied** as moot.