IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

      Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 19, 2007.**

      Plaintiff's Motion to Strike defendants' Amended Answer to Complaint [Filed January 18, 2007; Docket #16] is **granted** in part and **denied** in part.  Upon a showing of good cause, the Court granted Defendants an extension of time in which to file an Answer, and Defendants did so on January 8, 2007.  Dock. #10.  Moreover, the Federal Rules do not provide Plaintiff with the ability to file a Reply to an Answer to the Complaint.  To the extent Plaintiff seeks to strike this Answer based on timeliness, the motion is denied.

      Nevertheless, Defendants also filed an Amended Answer, without seeking leave of the Court to do so.  Accordingly, is hereby ordered that Docket #13 be **stricken**.