IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

      Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 31, 2007.**

      Plaintiff's Motion for Leave to File a reply to Defendants' Amended Answer [Filed January 30, 2007; Docket #21] is **denied**. The Federal Rules of Civil Procedures provide for a Complaint setting forth claims of relief and an Answer asserting denials and defenses. Fed. R. Civ. P. 8. The federal rules do not provide for any pleading to be filed in response to an Answer.

      Moreover, Plaintiff's sense of urgency is misguided. The purpose of the Scheduling/Status Conference is to establish the appropriate deadlines for discovery in this case. It is not the appropriate time for either party address the merits of either their claims or defenses.