IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

      Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 3, 2007.**

      Plaintiff's Motion to Have Forms Mailed to Him [Filed June 18, 2007; Docket #34] is **granted in part** and **denied in part**. Plaintiff first requests a "notice of deposition" form. No such form exists, and Plaintiff can draft such a Notice using the case caption. Plaintiff also requests five "subpoena duces tecum" forms.

      The Clerk of the Court is directed to send five signed subpoena forms to Plaintiff with this Minute Order.