IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

     Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

     Defendants.

---

## ORDER ON MOTION TO COMPEL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Plaintiff has filed a Motion for Order Compelling Production of Documents and Certificate (Docket #29).  The motion will be **granted in part** and **denied in part** as described below.

Plaintiff seeks the personnel and Internal Affairs investigation files for the three Defendants. Defendants submitted personnel files for the Court's *in camera* review and have conceded "to the production of the relevant portions of Defendants' personnel records." Response at 3.  The Court has reviewed the records and notes that they are of very little of relevance to the issues in this case, containing mostly favorable information concerning the Defendants' performance.  Because the Court views both favorable and unfavorable performance information as potentially relevant, the Court orders production of the Defendants' *redacted* personnel records.  The only information required to be produced will be performance-related information.  Defendants may and should redact all other information, including personal information such as addresses, telephone numbers, social security numbers, etc.

With regard to Internal Affairs records, the Court agrees with Plaintiff that such records are potentially relevant.  The Court directs the Defendants to submit for *in camera* review all Internal

2

Affairs records for the Defendants without regard to date and/or whether an allegation was sustained on or before **July 13, 2007**.  However, if the Court believes that some production is appropriate, it will likely require only factual information to be produced, not nonfactual information such as analyses or conclusions.  The redacted performance related documents from the requested personnel records are also to be submitted to Plaintiff on or before **July 13, 2007**.

Dated at Denver, Colorado this 5th day of July, 2007.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

2