IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

       Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

       Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 19, 2007.**

       For good cause shown, Plaintiff's Unopposed Motion to Amend Scheduling Order to Allow for Sixty-day Extension to Complete Discovery [Filed July 16, 2007; Docket #47] is **granted**. The discovery cutoff is reset to October 1, 2007, and the dispositive motion deadline is changed to November 1, 2007.