IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

    Defendants.

_____

## ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**

Before the Court is Plaintiff's Motion for Order Allowing Depositions to be Conducted Via Audio/Video Through Telephone Conference Call on Each Defendant and Two Non-Parties, from the Limon Correctional Facility [Docket #46]. In this case, Plaintiff is incarcerated in the Limon Correctional Facility, and he wishes to take depositions through telephone conference call. Plaintiff has arranged for the depositions to be recorded in a manner allowed under Rule 30(b)(2) and states that he will work with staff for the Limon Correctional Facility to conduct these depositions.

Based upon a review of the record herein, the Court finds that the discovery sought by Plaintiff is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such depositions at the earliest possible date.

Accordingly, Plaintiff's Motion for Order Allowing Depositions to be Conducted Via Audio/Video Through Telephone Conference Call on Each Defendant and Two Non-Parties, from the Limon Correctional Facility [Filed July 16, 2007; Docket #46] is **granted**. The depositions are subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection

with its accommodation of the depositions.

Dated at Denver, Colorado this 19th day of July, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge