IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

      Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 26, 2007.**

      Plaintiff has filed a motion seeking information from Defendant Totten's taser. Defendant has responded that the taser in question was previously sent back to the manufacturer and is no longer in Defendant's possession, custody, or control. Accordingly, Plaintiff's Motion for Order Compelling Production of Documents [Filed July 2, 2007; Docket #37] is **denied**.