IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 19, 2007.**

    Plaintiff's Motion for Automatic Stay [Filed October 16, 2007; Docket #68] is **denied** for lack of jurisdiction. Because the relief Plaintiff seeks in this motion arises under the bankruptcy code and applies to a pending bankruptcy case, this motion must be brought in the Bankruptcy Court.