IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 30, 2007.**

    Plaintiff's Unopposed Motion for Extension of Discovery Deadlines [Filed October 26, 2007; Docket #71] and Plaintiff's Motion for Modification of the Scheduling Order [Filed October 29, 2007; Docket #73] are **granted in part** and **denied in part**. The discovery deadline is reset to December 14, 2007, and the dispositive motion deadline is reset to January 15, 2008.