IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Filed January 31, 2008; Docket #103]. Based on the Plaintiff's financial status, the Motion is **granted**. Plaintiff has previously been placed on the list for volunteer counsel; thus no further action is necessary by the Court at this time.

Dated at Denver, Colorado this 11th day of February, 2008.

                                              BY THE COURT:

                                              s/Michael E. Hegarty
                                              Michael E. Hegarty
                                              United States Magistrate Judge