IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity; and
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 28, 2008.**

    Plaintiff's Motion to Amend Complaint [Filed May 27, 2008; Docket #126] is **denied without prejudice** for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer. Plaintiff must confer in good faith with opposing counsel before re-filing the motion and state Defendants' position in the motion.