IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

      Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity;
JOHN TOOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity,

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiff's Motion for Leave to Reply to Defendant Cortez's Response to Plaintiff's Objection, (docket # 133) is GRANTED.

      Dated: September 29, 2008