IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

      Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity, and
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 9, 2008.**

      Pursuant to Plaintiff's letter addressed to the "Civil Docketing Clerk" [filed December 5, 2008; docket #164], Plaintiff's Motion for Sanctions for Spoliation of Evidence and "Adverse Inference" Jury Instruction for Destruction of X26 Data [filed November 21, 2008; docket #160] is **denied as duplicative**.

      Pending before the Court is Plaintiff's second Motion for Sanctions for Spoliation of Evidence and "Adverse Inference" Jury Instruction for Destruction of X26 Data [filed December 5, 2008; docket #163]. Defendants shall respond to Plaintiff's Motion [docket #163] on or before **December 29, 2008**. Plaintiff may reply on or before **January 13, 2009**.