IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

      Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity, and
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 31, 2008.**

      Plaintiff's Motion for Order Requiring C.D.O.C. to Allow Mr. Chavez to have Access to Materials Provided him During Discovery or Alternatively Assignment of Counsel Which Will Moot the Issue [filed December 16, 2008; docket #167] is **denied**. Plaintiff's name has already been placed on the list for volunteer counsel, and the Court and the Clerk's Office can do nothing more to help him find an attorney at this time. [*See* dockets #97, 146.]

      Furthermore, without being a defendant or otherwise brought within the Court's jurisdiction by some legal process, the Court has no jurisdiction over the Colorado Department of Corrections Limon Correctional Facility in this matter and cannot order the Facility to return Plaintiff's materials to him. However, the Court does request counsel for Defendants in this matter to suggest to the Facility that Plaintiff be given appropriate access to his materials in order to ensure due process and fair trial proceedings.