IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity,

    Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon petition of Plaintiff and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service and to Mr. Aristedes Zavaras, Executive Director, Colorado Department of Corrections, requiring the United States Marshal and Mr. Zavaras to produce RICHARD G. CHAVEZ, Department of Corrections No. 92817, before Chief Judge Wiley Y. Daniel of the United States District Court for the District of Colorado, for proceedings scheduled to begin February 9, 2009 and to hold him at all times in the United States Marshal's custody as an agent of the United States of America or as an agent of the Colorado Department of Corrections, until the conclusion of the trial, and thereafter to return Mr. Chavez to the institution where he is now confined.

Dated: January 14, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge