IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Quash Writ of Habeas Corpus [doc. #208, filed February 11, 2009] is **DENIED AS MOOT**, because the United States Marshals Service has taken the necessary steps to ensure his return to the Limon correctional facility, as Plaintiff requested in his motion.

    Dated: February 12, 2009