IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion in Limine Regarding Defendant Hatterman's and Totten's Exhibits [doc. #139, filed July 31, 2008], Motion to Modify Final Pretrial Order [doc. #176, filed December 29, 2008], and Motion for Order Requiring U.S. Marshal's Service to Assist Plaintiff in Service of Subpoenas [doc. #192, filed January 15, 2009] are **DENIED WITHOUT PREJUDICE**. These motions were filed pro se by Plaintiff, who now is represented by counsel. Counsel for the parties shall file any motions they deem necessary with regard to these matters not later than **Monday, March 16, 2009**.

    Dated: March 3, 2009