IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave to File a Reply [doc. #221, filed March 20, 2009] is **GRANTED**. Plaintiff is granted leave to file a reply in support of his Objections to Magistrate Judge Hegarty's Report and Recommendation regarding his Motion for Sanctions [doc. #214, filed February 25, 2009], and he shall do so not later than **Tuesday, March 24, 2009**.

    Dated: March 20, 2009