IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 06-cv-02525-WYD-MEH | Date: April 6, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| RICHARD G. CHAVEZ, | Heather K. Kelly |
| | Thomas Baker Quinn |
| Plaintiff, | |
| vs. | |
| DARREN HATTERMAN and | Heidi M. Miller |
| JOHN TOTTEN, | Michelle Tyler |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 9:05 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Reopen Discovery (Doc. #225, filed 3/25/09).

Defendants' counsel anticipates filing a Motion to Strike. Discussion held regarding a briefing schedule as to the Motion to Strike.

**ORDERED:** Plaintiff's Motion to Reopen Discovery (Doc. #225, filed 3/25/09) is GRANTED in part and DENIED in part as stated on the record. The Court will allow a two-hour Rule 30(b)(6) deposition regarding the use of the Advanced Taser M-26. The deposition shall be completed by **April 27, 2009.**

**Court in recess:** 9:31 a.m. (Hearing concluded)
**Total time in court:** 0:26