**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   April 15, 2009 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **06-cv-02525-WYD-CBS**      Counsel:

**RICHARD G. CHAVEZ**,                                              Heather K. Kelly
                                                                                       Thomas B. Quinn
          Plaintiff,

v.

**DARREN HATTERMAN, et al.**,                             Heidi M. Miller
                                                                                       Michelle C. Tyler
          Defendants.

### COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**3:04 p.m.**     Court in Session

                      APPEARANCES OF COUNSEL.

                      Court's opening remarks.

**ORDERED:**   Plaintiff's Motion for Sanctions [doc. #163], filed December 5, 2008, is **DEFERRED UNTIL TRIAL.**

**ORDERED:**   Counsel shall not make any reference to the Court giving an adverse inference jury instruction in opening statements.

**ORDERED:**   Counsel shall meet and confer and file revised exhibit lists.

                      Defendants' Motion to Strike Plaintiff's Expert [doc. #241], filed April 8, 2009, is raised for argument.

| | |
|---|---|
| 3:07 p.m. | Argument by Defendants (Ms. Miller). |
| **ORDERED:** | Defendants' Motion to Strike Plaintiff's Expert [doc. #241], filed April 8, 2009, is **GRANTED IN PART and DENIED IN PART.** |
| **ORDERED:** | Plaintiff's shall provide a revised opinion from expert witness H. Ellis Armistead shall submit a revised opinion to counsel for defendants. |
| 3:09 p.m. | Discussion regarding jury instructions and exhibits. |

Plaintiff's Motion in Limine to Exclude Evidence of Prior Crimes, Wrongs, or Acts Pursuant to Fed.R.Evid. 403, 404, 608, and 609 [doc. #229], filed March 27, 2009, is raised for argument.

| | |
|---|---|
| 3:11 p.m. | Argument by Defendants (Ms. Miller). |
| 3:18 p.m. | Argument by Plaintiff (Ms. Kelly). |
| 3:24 p.m. | Argument by Defendants (Ms. Miller). |
| 3:28 p.m. | Argument by Plaintiff (Ms. Kelly). |
| **ORDERED:** | Plaintiff's Motion in Limine to Exclude Evidence of Prior Crimes, Wrongs, or Acts Pursuant to Fed.R.Evid. 403, 404, 608, and 609 [doc. #229], filed March 27, 2009, is **GRANTED IN PART and RULING RESERVED IN PART.** |
| **ORDERED:** | No mention of the crimes of disarming a police officer and vehicular eluding shall be made in opening statements. |
| 3:35 p.m. | Discussion regarding schedule for trial and estimated length of trial being approximately four or five days. |

Court outlines trial procedure and jury selection process.

| | |
|---|---|
| 3:42 p.m. | Discussion regarding plaintiff being in handcuffs and leg irons. |
| 3:44 p.m. | Discussion regarding evidence to be presented at trial. |
| **ORDERED:** | Each side will be allowed supplemental voir dire not to exceed **twenty (20) minutes.** |
| **3:45 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   0:41**