**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: May 11, 2009 |
| E.C.R./Reporter: Therese Lindblom | |

| | |
|---|---|
| Civil Action No: **06-cv-02525-WYD-CBS** | Counsel: |
| **RICHARD G. CHAVEZ**, | Heather K. Kelly |
| | Thomas B. Quinn |
| Plaintiff, | |
| v. | |
| **JOHN TOTTEN, et al.**, | Heidi M. Miller |
| | Michelle C. Tyler |
| Defendants. | |

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 1)**

**9:00 a.m.**   Court in Session - Jury not present

APPEARANCES OF COUNSEL.

Court's opening remarks.

9:00 a.m.   Discussion regarding Court's proposed joint statement of the case jury instruction.

Court will modify joint statement of the case jury instruction as outlined on the record.

Plaintiff's oral motion for sequestration of witnesses.

**ORDERED:**   Plaintiff's oral motion for sequestration of witnesses is **GRANTED.**

| | |
|---|---|
| 9:10 a.m. | Discussion regarding admitting exhibits which have been stipulated by counsel, a demonstrative exhibit, and objections on a videotape deposition. |
| | Court outlines procedure for voir dire and jury selection process. |
| 9:15 a.m. | Discussion regarding procedure for voir dire and jury selection process. |
| **9:18 a.m.** | Court in Recess |
| **9:39 a.m.** | Court in Session - Jury present |
| | Court's opening remarks to prospective jurors. |
| 9:40 a.m. | Voir dire oath given. |
| 9:50 a.m. | Voir dire by Court commences. |
| **11:19 a.m.** | Court in Recess |
| **11:39 a.m.** | Court in Session |
| | Voir dire by Court continues. |
| 12:21 p.m. | Bench conference regarding limiting voir dire to ten minutes due to schedule issues. |
| 12:22 p.m. | Voir dire by Plaintiff (Mr. Quinn). |
| 12:38 p.m. | Voir dire by Defendant (Ms. Miller). |
| | Plaintiff's oral motion to challenge jurors 100160451 and 100128626 for cause. |
| **ORDERED:** | Plaintiff's oral motion to challenge jurors 100160451 and 100128626 for cause is **DENIED.** |

Challenges for Cause:

 1)    100146340

Challenges by Plaintiff:

 1)    100160451
 2)    100136789
 3)    100129114

Challenges by Defendant:

1) 100157692
2) 100158148
3) 100125961

12:47 pm     Jury sworn to try:

1) 100155039    2) 100160149
3) 100129331    4) 100123134
5) 100146711    6) 100147308
7) 100128626    8) 100156330
9) 100149318   10) 100128047

12:48 pm     Court reads preliminary jury instructions.

12:5 p.m.    Jury excused for lunch break.

             Court's remarks to counsel regarding schedule for the afternoon.

**12:58 pm**  Court in Recess

**2:19 p.m.** Court in Session - Jury enters

**Exhibit/s 1, 9 RECEIVED.**

2:23 p.m.    Opening statement by Plaintiff (Ms. Kelly).

2:31 p.m.    Opening statement by Defendant (Ms. Miller).

2:44 p.m.    Plaintiff's witness **Paul Gregory** sworn.

             Direct examination by Plaintiff (Ms. Kelly).
             *EX ID:      2, 6*

**Exhibit/s 2 RECEIVED.**

2:50 p.m.    Bench conference regarding objection to exhibit 6 - OVERRULED.

2:52 p.m.    Direct examination by Plaintiff continues (Ms. Kelly).
             *EX ID:      6*

**Exhibit/s 6 RECEIVED.**

3:12 p.m.    Cross examination by Defendant (Ms. Tyler).

3:15 p.m.    Re-Direct examination by Plaintiff (Ms. Kelly).
*EX ID:        2*

3:22 p.m.    Re-Cross examination by Defendant (Ms. Tyler).

3:24 p.m.    Plaintiff's witness **Ellis Armistead** sworn.

Direct examination by Plaintiff (Ms. Kelly).

3:38 p.m.    Voir dire by Defendant (Ms. Miller).

3:40 p.m.    Jury excused

Argument regarding objection to expert designation by Plaintiff - SUSTAINED.

**ORDERED:**   Defendant's Renewed Motion to Strike Plaintiff's Expert [doc. #261], filed May 4, 2009, is **DENIED.**

3:46 p.m.    Jury enters

3:46 p.m.    Direct examination by Plaintiff continues (Ms. Kelly).
*EX ID:        3, 4, 6*

*Witness tendered and accepted as an expert.*

**Exhibit/s 4 RECEIVED.**

**Exhibit/s 3 REFUSED.**

4:09 p.m.    Cross examination by Defendant (Ms. Miller).

**4:23 p.m.**    Court in Recess

**4:38 p.m.**    Court in Session - Jury enters

Plaintiff's witness **Ellis Armistead** resumes.

Re-Direct examination by Plaintiff (Ms. Kelly).
*EX ID:        4, 6*

4:48 p.m.    Discussion regarding schedule for tomorrow.

| | |
|---|---|
| 4:49 p.m. | Jury excused |
| | Further discussion regarding schedule for tomorrow. |
| **4:51 p.m.** | Court in Recess - TRIAL CONTINUED |

**TOTAL TIME:   5:33**