IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff Richard Chavez's Motion for Extension of Time to File Post-Trial Motions [doc. #272], filed May 21, 2009, and the Unopposed Motion to Withdraw [doc. #273], filed May 21, 2009 by Plaintiff's counsel. Judgment in this action was entered May 22, 2009 [doc. #274].  Federal Rule of Civil Procedure 59 provides that post-trial motions must be filed not later than ten days after the entry of judgment.  The two present Motions indicate that counsel for Plaintiff seek to withdraw, now that the trial has concluded, and that Plaintiff will proceed *pro se*. Accordingly, Plaintiff seeks a ten-day extension of time to file post-trial motions. Defendant's counsel does not oppose a two-day extension of time.  I find the withdrawal to be appropriate, and in light of the fact that Plaintiff will be proceeding *pro se*, I find a ten-day extension of time to be appropriate.  Accordingly, it is hereby

ORDERED that the Unopposed Motion to Withdraw [doc. #273], filed May 21, 2009, is **GRANTED**.  Heather Kelly and Thomas Quinn are allowed to withdraw as counsel for Plaintiff Richard Chavez.  It is

FURTHER ORDERED that Plaintiff Richard Chavez's Motion for Extension of Time to File Post-Trial Motions [doc. #272], filed May 21, 2009, is **GRANTED**.  Plaintiff shall file any post-trial motions not later than **Thursday, June 11, 2009**.

Dated: May 26, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge