IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARRENT HATTERMAN, Adams County Deputy Sheriff, In his Individual Capacity,
ROBERT CORTEZ, Adams County Deputy Sheriff, In his Individual Capacity, and
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), In his Individual Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Amend/Alter Order of July 6, 2009 [doc. # 285], filed July 17, 2009, is **DENIED** as unnecessary.  In the Motion, Plaintiff asks me to direct the court reporter to provide a partial record that he may purchase, as he asserts that she has stated that she will only provide the complete record.  Plaintiff appears to be misinformed, as court reporters do provide partial transcripts for purchase upon request.  Accordingly, the present Motion is unnecessary.

    Dated:  July 23, 2009.