UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02525-WYD-MEH

RICHARD G. CHAVEZ,

    Plaintiff,

v.

DARREN HATTERMAN, Adams County Deputy Sheriff, in his individual capacity;
ROBERT CORTEZ, Adams County Deputy Sheriff, in his individual capacity;
JOHN TOTTEN, Adams County Deputy Sheriff (Sgt.), in his individual capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff Richard G. Chavez's Motion to Quash Filing Fee [**291**], filed January 4, 2010, is **DENIED.**  On July 6, 2009, this Court granted Plaintiff leave to proceed without prepayment of the full amount of fees.  Plaintiff proceeded without the prepayment of fees and nothing that has transpired since July 6, 2009, has altered his obligation to pay such fees according to the Court's Order.

    Dated:  January 12, 2010.